UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

-----------------------------------------------------

|  |  |  |
|---|---|---|
| KENNY MONTGOMERY, | : | CASE NO. 1:16-CV-1422 |
| | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | OPINION AND ORDER |
| | : | [Resolving Doc. 1] |
| MICHELLE MILLER, Warden, | : | |
| | : | |
| Respondent. | : | |
| | : | |

-----------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Kenny Montgomery petitions for habeas corpus relief under 28 U.S.C. § 2254.[1] On

November 10, 2016, Respondent Michelle Miller moved to dismiss Montgomery's claim.[2]

On May 31, 2017, Magistrate Judge George J. Limbert recommended that the Court

dismiss the case.[3] Objections to Magistrate Judge Limbert's Report and Recommendation were

due by June 14, 2017. Petitioner Montgomery has not filed objections to the Report and

Recommendation.

The Federal Magistrates Act requires a district court to conduct a de novo review only of

those portions of a Report and Recommendation to which the parties have made an objection.[4]

Absent objection, a district court may adopt the Report and Recommendation without review.[5]

Because no party has objected to the Report and Recommendation, this Court may adopt

the Report and Recommendation without further review. Moreover, having conducted its own

---

[1] Doc. 1.
[2] Doc. 13.
[3] Doc. 18.
[4] 28 U.S.C. § 636(b)(1).
[5] *Thomas v. Arn*, 474 U.S. 140, 149 (1985); L.R. 72.3(b).

review of the petition and record, the Court agrees with the conclusions in the Report and

Recommendation.

Accordingly, the Court **ADOPTS** Magistrate Judge Limbert's Report and

Recommendation and incorporates it fully herein by reference. The Court **DENIES** Petitioner's

habeas petition.

IT IS SO ORDERED.


Dated: June 26, 2017                                    *s/        James S. Gwin*
                                                        JAMES S. GWIN
                                                        UNITED STATES DISTRICT JUDGE